**United States Bankruptcy Court**
**Eastern District of Kentucky**
Lexington Division

In re:  **Industrial Machinery Services LLC**                                       Case No.  **06-51496**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **E. H. Lynch**<br>**289 Blue Sky Parkway**<br>**Lexington, KY 40509** | 66 2/3 | | |
| **John A. Reams**<br>**289 Blue Sky Parkway**<br>**Lexington, KY  40059** | 33 1/3 | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, **E. H. Lynch**, **Managing Member** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  **11/27/2006**            **s/ E. H. Lynch**
                                **E. H. Lynch ,Managing Member**
                                Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.